UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| RAYMOND J. LACOURSE and <br> VALERIE LACOURSE, <br><br> Plaintiffs, <br><br> v. <br><br> OCWEN LOAN SERVICING, LLC and <br> BANK OF AMERICA, N.A. <br><br> Defendants. | CIVIL ACTION <br> NO. 1:14-cv-00013-LM |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO BANK OF AMERICA, N.A. ONLY

Plaintiffs Raymond and Valerie LaCourse ("Plaintiffs") and Defendant Bank of America, N.A. ("Defendant") hereby jointly stipulate and agree that all claims asserted by Plaintiffs against Defendant BANK OF AMERICA, N.A in this matter shall be dismissed with prejudice. Said dismissal shall be with prejudice and each party shall bear its own costs and attorneys' fees.

Dated: May 14, 2014

Respectfully submitted,

| BANK OF AMERICA, N.A. | RAYMOND LACOURSE and VALERIE LACOURSE |
|---|---|
| By its attorneys, <br> Primmer Piper Eggleston & Cramer PC | By their attorney, |
| By: */s/ Jennifer Turco Beaudet* <br> Jennifer Turco Beaudet, Esq. <br> (N.H. Bar No. 17174) <br> P.O. Box 3600 <br> Manchester, NH 03105-3600 <br> 603.626.3300 <br> jbeaudet@primmer.com | */s/ John F. Skinner, III* <br> John F. Skinner, III, Esq. <br> (N.H. Bar No. 19886) <br> Skinner, Rivard & Siekmann <br> 587 Union Street, 2nd Floor <br> 603-622-8100 <br> attorneyskinner@gmail.com |

- 2 -

## **CERTIFICATE OF SERVICE**

  A copy of the foregoing Joint Stipulation of Voluntary Dismissal with Prejudice has this day been forwarded via the Court's Electronic Case Filing System to:

 John F. Skinner, III, Esq.
 attorneyskinner@gmail.com
 *Counsel for the Plaintiffs*

 Jessica S. Babine, Esq.
 jbabine@houser-law.com
 *Counsel for Ocwen Loan Servicing, LLC*

Dated: May 14, 2014        */s/ Jennifer Turco Beaudet*_____
             Jennifer Turco Beaudet, Esq. (N.H. Bar 17174)

1660926.2